```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

THOMAS R. ET AL.,

               Plaintiffs,

  - against -

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

               Defendant.

21-cv-1388 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to file a Rule 26(f) report by **May 14, 2021**.

SO ORDERED.

Dated:    New York, New York
           April 27, 2021

                                _/s/ John G. Koeltl_
                                John G. Koeltl
                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-21