UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS R.,

                Plaintiff,        21-cv-1388 (JGK)

     - against -              ORDER

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

                Defendants.

JOHN G. KOELTL, District Judge:

The parties should provide the Court with a status update by July 2, 2021.

SO ORDERED.

Dated:    New York, New York
           June 3, 2021

                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/21/2021