# Robinson+Cole

MATTHEW P. MAZZOLA
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida and New Jersey

VIA ECF
Hon. Judge Koeltl, USD
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
12/1/21  John G. Koeltl, U.S.D.J.

Re: *Thomas R. et al v. Hartford Life and Accident Insurance Company*, No. 1:21-cv-01388-JGK (S.D.N.Y.)

Dear Judge Koetl,

This office represents Hartford Life and Accident Insurance Company ("Hartford") in the above-captioned matter. We write to respectfully request a one-week extension of the deadline in the Court's November 5, 2021 Order (Doc. No. 20) to submit a proposed briefing schedule regarding the parties' contemplated dispositive motions from November 30, 2021 to December 7, 2021.

The parties are still in the process of discussing settlement and Defendant seeks a one-week extension of the deadline to submit a proposed briefing schedule so that the parties may determine whether a settlement is possible. This is the Defendant's first request for an extension of deadline for the parties to submit a proposed briefing schedule. Plaintiff consents to the request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Matthew P. Mazzola

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP