# Robinson+Cole

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

VIA ECF
Hon. Judge Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
1/28/22

Re: *Thomas R. et al v. Hartford Life and Accident Insurance Company*, No. 1:21-cv-01388-JGK (S.D.N.Y.)

Dear Judge Koetl,

This office represents Defendant Hartford Life and Accident Insurance Company ("Hartford") in the above-captioned matter. We write to respectfully request an extension of the deadlines in the Court's December 8, 2021 Briefing Schedule (Doc. No. 24) regarding the parties' competing Motions for Summary Judgment. Specifically, Defendant requests that the deadlines in the Briefing Schedule be extended as follows:

| Document to Be Filed | Initial Deadline | New Deadline |
| --- | --- | --- |
| Defendant's Motion for Summary Judgment/Opposition to Plaintiff's Motion for Summary Judgment | 02/01/2022 | 2/11/2022 |
| Plaintiff's Reply in Further Support of his Motion for Summary Judgment/Opposition to Defendant's Motion for Summary Judgment | 02/22/2022 | 03/08/2022 |
| Defendant's Reply in Further Support of its Motion for Summary Judgment | 03/08/2022 | 03/25/2022 |

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Hon. Judge Koeltl
January 28, 2022
Page 2

Defendant is requesting this extension due to the press of briefing deadlines in several other matters, including more than six dispositive motions due this week and next. This is the Defendant's first request for an extension of the deadlines in the Court's Briefing Schedule and Plaintiff consents to the relief requested herein.[1]

Thank you for your consideration of this matter.

Respectfully submitted,

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

---

[1] Defendant's counsel contacted Plaintiff's counsel to workout the dates included in the revised briefing schedule.