# Robinson+Cole

MATTHEW P. MAZZOLA
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida and New Jersey

February 9, 2022

VIA ECF
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

2/10/22
John G. Koeltl, U.S.D.J.

Re:   *Thomas R. et al v. Hartford Life and Accident Insurance Company*
      Civil Action No.: 1:21-cv-01388-JGK (S.D.N.Y.)

Dear Judge Koetl,

This office represents Defendant Hartford Life and Accident Insurance Company ("Hartford") in the above-captioned matter. We write to respectfully request a one-week extension of the deadlines in the Court's January 28, 2022 Briefing Schedule (Doc. No. 29) regarding the parties' competing Motions for Summary Judgment. Specifically, Defendant requests that the deadlines in the Briefing Schedule be extended as follows:

| Document to Be Filed | Initial Deadline | New Deadline |
|---|---|---|
| Defendant's Motion for Summary Judgment/Opposition to Plaintiff's Motion for Summary Judgment | 02/11/2022 | 2/18/2022 |
| Plaintiff's Reply in Further Support of his Motion for Summary Judgment/ Opposition to Defendant's Motion for Summary Judgment | 03/08/2022 | 03/15/2022 |
| Defendant's Reply in Further Support of its Motion for Summary Judgment | 03/25/2022 | 04/01/2022 |

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

Hon. John G. Koeltl
February 9, 2022
Page 2

Last week, Defendant's counsel was unexpectedly directed by a District Judge in a different matter (currently pending in the U.S. District Court for the Eastern District of New York) to comply with an Order requiring its client to produce further documents/information and to provide briefing on several legal issues *within one week*. This required Defendant's counsel's immediately attention and thus, Defendant requests a one week extension of the deadlines in the Court's briefing schedule in this matter to complete its papers. This is the Defendant's second request for an extension of the deadlines in the Court's Briefing Schedule and Plaintiff has no objection to the relief requested herein.

Thank you for your consideration of this matter.

Respectfully submitted,

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)