UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

THOMAS R. ET AL.,
               Plaintiffs,        21-cv-1388 (JGK)

    - against -                  ORDER

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,
               Defendant.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    For the reasons explained at the teleconference held today, the parties' motions for summary judgment are **denied**. The Clerk is directed to close ECF Nos. 25, 32, and 40. The parties should file a joint status report by **August 3, 2022**.

SO ORDERED.
Dated:    New York, New York
          July 19, 2022

                                          John G. Koeltl
                                United States District Judge