UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS R., et al.,                           21-cv-1388 (JGK)

                Plaintiffs,        <u>ORDER</u>

  - against -

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated at the teleconference in this case on August 12, 2022, the parties are directed to submit their proposed findings of fact and conclusions of law. The parties should agree on a reasonable schedule. The parties may submit trial briefing of no more than 10 pages in support of these proposed findings. The parties may object to the opposing party's findings within a week of the parties' initial submissions and submit responsive briefs of no more than 5 pages.

SO ORDERED.

Dated:    New York, New York
          August 12, 2022

                                            _____
                                              John G. Koeltl
                                         United States District Judge