# Robinson+Cole

MATTHEW P. MAZZOLA
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida and New Jersey

September 27, 2022

*VIA ECF*
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
9/27/22

Re:   *Thomas R. et al v. Hartford Life and Accident Insurance Company*
      Civil Action No.: 1:21-cv-01388-JGK (S.D.N.Y.)

Dear Judge Koeltl,

This office represents Defendant Hartford Life and Accident Insurance Company ("Hartford") in the above-captioned matter. We write to respectfully request an extension of the dates in the Court's August 29, 2022 Briefing Schedule (Doc. No. 48) regarding the parties' competing submissions related to the bench trial on the Administrative Record. Specifically, Defendant requests that the deadlines in the Briefing Schedule be extended as follows:

| Document to Be Filed | Initial Deadline | New Deadline |
|---|---|---|
| The Parties will each submit their proposed findings of fact and conclusions of law together with a trial brief of no more than ten (10) pages in support of their proposed findings. | 10/4/2022 | 10/31/2022 |
| The Parties will each submit objections to the opposing party's findings of fact and conclusions of law together with responsive briefs of no more than five (5) pages. | 10/27/2022 | 11/14/2022 |

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Hon. John G. Koeltl
September 27, 2022
Page 2

Last week, the undersigned Counsel for the Defendant became ill and has been unable to work since. While my symptoms have started to improve, it has been nearly impossible to get any work done and I am not sure when the symptoms will completely resolve. As such, Defendant requests the above-referenced adjournment.[1]  This is the Defendant's first request for an extension of the deadlines in the Court's Briefing Schedule and Plaintiff has no objection to the relief requested herein.

    Thank you for your consideration of this matter.

Respectfully submitted,

_/s/ Matthew P. Mazzola_

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

---

[1] Defendant is asking for the initial submissions to be due on October 28, 2022 because Defendant's client representative is scheduled to be on vacation from October 4 to October 21, 2022.