# Robinson+Cole

MATTHEW P. MAZZOLA
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida and New Jersey

November 15, 2022

VIA ECF
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/15/22

Re: *Thomas R. et al v. Hartford Life and Accident Insurance Company*
Civil Action No.: 1:21-cv-01388-JGK (S.D.N.Y.)

Dear Judge Koeltl,

This office represents Hartford Life and Accident Insurance Company ("Hartford") in the above-captioned matter. We write jointly with Plaintiff's counsel to respectfully request a 10-day extension of the deadline for the parties to submit their respective objections to the opposing party's findings of fact and conclusions of law together with responsive briefs, from November 22, 2022 to December 2, 2022. The parties request the short extension due to the press of deadlines in other matters and the upcoming Thanksgiving holiday. This is the second request for an extension of this deadline. The first request[1] has not yet been ruled on.

Thank you for your consideration of this matter.

Respectfully submitted,

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

---

[1] Plaintiff previously requested a 7 day extension on consent. (Doc. No. 58). The parties now jointly request a further 10 day adjournment, which would extend the new deadline 17 days from the original deadline (*i.e.*, from November 15, 2022 to December 2, 2022).

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP