UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS R., ET AL.,                    21-cv-1388 (JGK)

        Plaintiffs,              ORDER

  - against -

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit courtesy copies of all papers filed in connection with their trial briefs and proposed findings of fact and conclusions of law.

SO ORDERED.

Dated:    New York, New York
           December 3, 2022

                                          John G. Koeltl
                                   United States District Judge