```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

THOMAS R., ET AL.,

     Plaintiffs,

 - against -

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

     Defendant.

21-cv-1388 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

 The conference scheduled for August 9, 2023 is **canceled**.

 The parties are directed to confer by telephone and report to the Court in writing by **August 10, 2023,** on the following:

 Is there any possibility that this case can be settled before the Court's decision?

 If not, do the parties wish for the Court to decide the case based on the written record submitted to the Court without any other submissions, including any oral testimony?

**SO ORDERED.**

Dated: New York, New York
   August 7, 2023

           /s/ John G. Koeltl
           John G. Koeltl
         United States District Judge