```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

THOMAS R., ET AL.,

          Plaintiffs,        21-cv-1388 (JGK)

- against -                    ORDER

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

          Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on **Tuesday, October 15, 2024, at 4:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
           October 8, 2024

                                            John G. Koeltl
                                    United States District Judge