UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THOMAS R., et al.,

                          Plaintiffs,                    **1:21-CV-1388-JGK**

        -against-                         **ORDER**

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                          Defendant.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference in this matter is hereby scheduled for **Friday, November 1, 2024 at 11:30 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter. Plaintiff is permitted to be available by telephone on the date of the conference. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo. Parties must submit pre-conference submissions, via e-mail to chambers, no later than **Thursday, October 31, 2024 at 11:00 a.m.**

        SO ORDERED.

DATED:    New York, New York
               October 29, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge