UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS R., ET AL.,

                Plaintiffs,          21-cv-1388 (JGK)

    - against -                       ORDER

HARTFORD LIFE & ACCIDENT INSURANCE
COMPANY,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    A settlement conference before Magistrate Judge Figueredo is scheduled for Friday, November 1, 2024. The parties are directed to provide a status update to the Court by **Wednesday, November 6, 2024**, regarding whether the case has been settled. If there is no settlement by Friday, November 8, 2024, the Court will proceed to decide the case by opinion.

SO ORDERED.

Dated:    New York, New York
          October 29, 2024

                                            _____
                                               John G. Koeltl
                                       United States District Judge