

**RIEMER | HESS** LLC
ATTORNEYS AT LAW

275 MADISON AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10016
T 212.297.0700  F 212.297.0730
info@riemerhess.com | www.riemerhess.com

December 11, 2024

**VIA ECF**
Hon. John G. Koeltl, U.S.D.J.
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

*Application to file the unredacted document under seal is granted. So Ordered.*
*/s/ JGKoeltl*
*U.S.D.J.*
*12/12/24*

RE:  *Thomas R. et al v. Hartford Life and Accident Ins. Co.*, 1:21-cv-1388-JGK
     **Letter Motion to File Attorneys' Fee Brief with Redactions**

Judge Koeltl:

I am the attorney for the Plaintiffs, Thomas R. and Gino F., in the above captioned case. Pursuant to Your Order dated November 12, 2024 (ECF 86), Plaintiffs timely file their Motion for Attorneys' Fees and Costs and accompanying documents, herewith. Plaintiffs hereby move to file a redacted version of their Attorneys' Fee Brief with the amount of the settlement redacted.

Upon reaching a settlement in this case, the Parties mutually agreed that both the Settlement Agreement and the amount of the settlement would be kept confidential with a few limited exceptions. Specifically, the Parties agreed that Plaintiffs "may also disclose the amount of the settlement to the Court under seal with [Plaintiffs'] application for costs and attorneys' fees associated with the Lawsuit." Pursuant to this agreement between the Parties, Plaintiffs move to file a redacted version of their Attorneys' Fee Brief with the amount of the settlement redacted.

Pursuant to Your Honor's Individual Rules, the Parties have met and conferred to narrow the scope of this request as much as possible. The only requested redaction is the amount of the settlement. As such, this requested redaction is narrowly tailored to serve the purpose of maintaining the confidentiality agreement in the Settlement Agreement.

Thank you for your time and attention to this matter.

Respectfully Submitted,

/s/ Ryan J. McIntyre
Riemer Hess LLC
*Attorneys for the Plaintiffs*
275 Madison Ave., 26th Floor
New York, NY 10016
212-297-0700
rmcintyre@riemerhess.com

## CERTIFICATE OF SERVICE

I certify that on December 11, 2024, I caused the Letter Motion to File Attorneys' Fee Brief with Redactions to be electronically filed with the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, with an electronically filed copy delivered to Matthew Mazzola and Gregory Bennici at Robinson & Cole LLP, counsel for the Defendant, Hartford Life and Accident Insurance Company.

Dated: December 11, 2024
New York, NY

/s/ Ryan J. McIntyre
Ryan J. McIntyre, Esq.
Riemer Hess LLC
*Attorneys for the Plaintiffs*
275 Madison Ave., 26th Floor
New York, NY 10016
(212) 297-0700
rmcintyre@riemerhess.com