```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
THOMAS R., ET AL.,
                    Plaintiffs,          21-cv-1388 (JGK)

         - against -                     ORDER

HARTFORD LIFE & ACCIDENT INSURANCE
COMPANY,
                    Defendant.
----------------------------------------
```

JOHN G. KOELTL, District Judge:

The oral argument scheduled for February 12, 2025, is **adjourned** to **Thursday, February 20, 2025, at 3:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:   New York, New York
         January 24, 2025

/s/ John G. Koeltl
John G. Koeltl
United States District Judge