**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THOMAS R., ET AL.,

                              Plaintiffs,                  21 **CIVIL** 1388 (JGK)

              -against-                         **JUDGMENT**
                                                  **For Attorney's Fees and Costs**

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                              Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 10, 2025, Judgment is entered in favor of the plaintiffs and against the defendant for the awarded attorney's fees in the amount of $194,756.58 and costs in the amount of $518.44 for a total sum of $195,275.02.

**Dated:**  New York, New York
           March 10, 2025

                                                           **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                              **BY:**

                                                                 **Deputy Clerk**